

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00104-CR

WILFREDO PADILLA JR.
v.
THE STATE OF TEXAS

On Appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2010-CR-2309-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

April 16, 2015